IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ROBYN LEBLANC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 118-159 |
| | ) |
| GEORGIA CVS PHARMACY, LLC, and | ) |
| A.B.C., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **REMANDS** this case to the Superior Court of Richmond County, State of Georgia, Civil Action File Number 2018RCCV00428, for lack of subject-matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this 6th day of December, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA