# United States District Court
## Southern District of Georgia

ROBYN LEBLANC,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-159

GEORGIA CVS PHARMACY, LLC, and A.B.C.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated December 6, 2018 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, this case is remanded to the Superior Court of Richmond County, State of Georgia (civil action number 2018RCCV00428) for lack of subject-matter jurisdiction. This civil action stands closed

| 12/06/2018 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk